IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Noah Price Trey Oliver, III, | ) | Case No. 17-04447 |
| | ) | |
| Debtor. | ) | |

ORDER APPROVING SALE OF REAL ESTATE IN A CHAPTER 13 CASE

This case is before the court on a motion (doc. 90) by debtor(s) to approve a proposed sale of real estate located at 4033 Marchfield Drive North, Mobile, AL 36693 for the gross sales price of $420,000.00. The court has reviewed the submitted materials and conducted a hearing. The court finds that the terms of the proposed sale are reasonable and appropriate, grants the motion, and orders as follows:

The sale on the terms set out in the motion is approved. From the sale proceeds, the closing agent is authorized to pay all outstanding mortgages and liens, usual and reasonable closing costs, and real estate broker's fees on the terms previously approved, if applicable. The net proceeds attributable to the interest of debtor(s) shall be disbursed as follows: $500.00 to Stephen L. Klimjack. $500.00 to be paid to the Chapter 13 Trustee, P.O. Box 1779, Memphis, TN 38101 for application to the chapter 13 plan, with the percentage to unsecured creditors to increase accordingly and the remainder to be paid to the debtor.

Dated: April 1, 2022

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

This Order has been reviewed and approved by the Chapter 13 Trustee